# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIONDRE PARKER,<br><br>          Plaintiff,<br><br>     v.<br><br>ED, *et al.*,<br><br>          Defendants. | Case No. 3:23-cv-00137-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendants **Michael Clifton** and **Ned Schuering**, who are no longer employees of the Nevada Department of Corrections. (ECF No. 11.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 12.)

The Clerk shall ISSUE summonses for **Michael Clifton** and **Ned Schuering** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 12.) The Clerk shall also SEND sufficient copies of the Complaint (ECF No. 4), Screening Order (ECF No. 3), and this order to the U.S. Marshal for service on Defendants Michael Clifton and Ned Schuering. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **November 29, 2023,** is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: October 4, 2023.

_____
UNITED STATES MAGISTRATE JUDGE