**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIONDRE PARKER,<br><br>               Plaintiff,<br><br>     v.<br><br>ED, et al.,<br><br>               Defendants. | 3:23-cv-00137-MMD-CSD<br><br>**ORDER** |

Defendants' counsel submitted a Notice of Under Seal Submission (ECF No. 12). Paragraph 6(c) of the service order required as follows:

> * * * As to any of the named defendants for which the Attorney General's Office cannot accept service, the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom it has such information. If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

(ECF No. 10 at 2.)

Defendants under seal submission only provides a post office box address for Defendant Ned Schuering.

Counsel for Defendants shall file a statement explaining whether counsel attempted to obtain and provide the last known *physical* address of Defendant Ned Schuering, in accordance with Paragraph 6 of this court's order. (ECF No. 10.) If counsel is able to provide the last known physical address of Defendant Ned Schuering in Defendants' statement, the statement shall be filed under seal.

However, if after a diligent search of state records counsel can only locate post office box address for Defendant Ned Schuering, counsel shall file a notice to that effect.

**IT IS SO ORDERED.**

DATED: November 16, 2023.

_____
UNITED STATES MAGISTRATE JUDGE