```
AARON D. FORD
  Attorney General
JANET E. TRAUT, Bar No. 8695
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1120
E-mail:  jtraut@ag.nv.gov
```

*Attorneys for Defendants Michael Clifton*
*Christopher Davis, David Drummond,*
*Eric Maurer, and Christopher Miller*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIONDRAE PARKER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ED, et al.,<br><br>　　　　　Defendants. | Case No.  3:23-cv-00137-MMD-CSD<br><br>ORDER GRANTING<br><br>**MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

　　　　Defendants Michael Clifton, Christopher Davis, David Drummond, Eric Maurer, and Christopher Miller, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Janet E. Traut, Deputy Attorney General, hereby move for an enlargement of time in which to file their Motion for Summary Judgment.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. ARGUMENT**

　　　　The Court may extend the time allowed for an act when good cause is shown to do so. Fed. R. Civ. P. 6(b)(1)(A).

　　　　On motion for enlargement of time, determination of whether "excusable neglect" has been established is at bottom an equitable one, taking account of all relevant circumstances surrounding party's omission including (1) danger of prejudice, (2) length of the delay and its potential impact on judicial proceedings, (3) reasons for delay which

1 includes whether it was within reasonable control of party seeking to show excusable

2 neglect, and (4) whether that party acted in good faith. *Coleman v. Blue Cross Blue*

3 *Shield of Kan.,* D. Kan. 2007, 487 F. Supp. 2d 1225 , *affirmed* 287 Fed. Appx. 631, 2008

4 WL 2662595.

> "a finding of excusable neglect under Rule 6(b)[ (1)(B) ] requires both a demonstration of good faith by the parties seeking the enlargement and also it must appear that there was a reasonable basis for not complying within the specified period." *In re Four Seasons Sec. Laws Litig.,* 493 F.2d 1288, 1290 (10th Cir.1974). *See Putnam v. Morris,* 833 F.2d 903, 905 (10th Cir.1987) ("[S]ome showing of good faith on the part of the party seeking the enlargement and some reasonable basis for noncompliance within the time specified is normally required.") (quoting *Winters v. Teledyne Movible Offshore, Inc.,* 776 F.2d 1304, 1305 (5th Cir.1985)). "[I]t is well established that inadvertence, ignorance of the rules, and mistakes construing the rules do not constitute excusable neglect for purposes of Rule 6(b)." *Quigley v. Rosenthal,* 427 F.3d 1232, 1238 (10th Cir.2005).

*Stark-Romero v. Nat'l R.R. Passenger Co. (AMTRAK)*, 275 F.R.D. 544, 547–48 (D.N.M. 2011).

Here, the undersigned counsel had technical difficulties on the evening of June 12, 2024 that prevented timely e-filing of the Motion for Summary Judgment and related exhibits.

Parker will not be prejudiced by a delay of several hours. Neither should the Court be impacted by this delay of less than one day. Counsel checked every hour to see whether access to the network or the virtual private network was restored/restarted and e-filed as soon as this motion could be prepared. Counsel certifies there was no intent to delay or to obstruct; counsel has acted in good faith.

**II. CONCLUSION**

Defendants respectfully requests this Court extend the deadline for the dispositive motion in this matter by one day. Defendants assert the requisite good cause

/ /

/ /

is present to warrant an extension of time.

DATED this 16th day of June 2024.

AARON D. FORD
Attorney General

By: /s/ Janet E. Traut
JANET E. TRAUT, Bar No. 8695
Deputy Attorney General

*Attorneys for Defendants Christopher Davis, David Drummond, Eric Maurer, Christopher Miller, and Michael Clifton*

IT IS SO ORDERED.

DATED: June 14, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3