# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIONDRAE PARKER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NED SCHUERING, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:23-cv-00137-MMD-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

　　The court has received information via undeliverable notices (ECF Nos. 41, 42, and 44) that Plaintiff may now be housed at Southern Desert Correctional Center. If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

　　The Clerk of Court shall send Plaintiff courtesy copies of this order, the court's order of June 13, 2024 (ECF No. 43), and the Attorney General's Motion for Enlargement of Time to File Motion for Summary Judgment, Motion for Summary Judgment, Motion for Leave to File Under Seal, and Notices (ECF Nos. 35, 36, 37, 39 and 40) by sending them to the email address that the court has for Southern Desert Correctional Center.

　　**IT IS SO ORDERED.**

　　DATED: June 17, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　United States Magistrate Judge