AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1120
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants Michael Clifton*
*Christopher Davis, David Drummond,*
*Eric Maurer, and Christopher Miller*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIONDRAE PARKER,<br><br>                    Plaintiff,<br><br>vs.<br><br>ED, et al.,<br><br>                    Defendants. | Case No.  3:23-cv-00137-MMD-CSD<br><br>**STIPULATION TO EXTEND DEADLINE FOR REPLY TO OPPOSITION TO DISPOSITIVE MOTION**<br>**(Second Request)**<br>**(ECF No. 87)** |

Plaintiff, Diondrae Parker, by and through counsel, Womble, Bond, Dickinson, and Meng Zhong, Esq, and Defendants Michael Clifton, Christopher Davis, David Drummond, Eric Maurer, and Christopher Miller, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby, hereby stipulate to request the Court extend the deadline to file the Defendants' reply to Plaintiffs Opposition to Motion for Summary Judgment to motions to August 4, 2026.

Counsel for the Defendants has taken on several cases due to the resignation of most of the attorneys in the Carson City office.  This has drastically increased the workload in the office. Additionally, Counsel has been out of the office for several days for the State Bar Convention where he was on a panel for the Magistrate Judge Consent program.  Counsel for Plaintiff and Counsel for the Defendants had an email exchange

1

in which the extension was agreed upon.  Accordingly, the parties hereby stipulate to request the Court extend the deadline to file the reply from July 3, 2026 to **August 4, 2026**.    The parties respectfully request the Court grant the request, and extend the deadline.

DATED this 1st day of July, 2026.

WOMBLE, BOND, DICKINSON

By:  /s/ *Meng Zhong*
    MENG ZHONG, Bar No. 12145

    *Attorney for Plaintiff*


**IT IS SO ORDERED**.

July 2, 2026

DATED this 1st day of July, 2026.

AARON D. FORD
Attorney General

By:  /s/ *Douglas R. Rands*
    DOUGLAS R. RANDS, Bar No. 3572
    Senior Deputy Attorney General
    *Attorneys for Defendants*

_____
U.S. Magistrate Judge

2